IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA, A MUNICIPAL CORPORATION,**

            **Plaintiff,**

            v.

**BERTILA RAMIREZ, et al.,**

            **Defendants.**

Civil Action No. 04-0775 (JDB)

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendants' opposition thereto (which includes a request for affirmance of the administrative decision), Plaintiff's reply, and the entire record herein, it is this 1st day of July, 2005 hereby

**ORDERED** that Plaintiff's Motion is **DENIED**; it is further

**ORDERED** that Defendants' request to affirm the Hearing Officer's Determination is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of Defendants.

**SO ORDERED**.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                        United States District Judge

Copies to:

Veronica A. Porter
OFFICE OF ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW
SIXTH FLOOR SOUTH
Washington, DC 20001
(202) 724-6651
Fax: (202) 727-3625
Email: veronica2.porter@dc.gov
    *Counsel for Plaintiff*

Tilman L. Gerald
JAMES E. BROWN & ASSOCIATES, PLLC
1220 L Street, NW
Suite 700
Washington, DC 20005
(202)742-2000
Fax: (202) 742-2098
Email: jbrown5268@aol.com
    *Counsel for Defendants*